No. 335. WALLING, WAGE & HOUR ADMINISTRATOR, *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit; and

No. 336. WALLING, WAGE & HOUR ADMINISTRATOR, *v.* PORTLAND TERMINAL CO. On petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit. October 14, 1946. The petitions for writs of certiorari are

granted. *Solicitor General McGrath* and *William S. Tyson* for petitioner. *Edwin F. Hunt, Walton Whitwell* and *Wm. H. Swiggart* for respondent in No. 335. *Leonard A. Pierce* and *E. Spencer Miller* for respondent in No. 336. *Harold B. Wahl* filed a brief for the Jacksonville Terminal Co., as *amicus curiae,* opposing the petitions. Reported below: No. 335, 155 F. 2d 1016; No. 336, 155 F. 2d 215.